**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01054-CR

### LAWAN NAVAIL FISHER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-56688-J**

## ORDER

The Court **REINSTATES** the appeal.

On December 10, 2013, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; and (3) counsel has appellant's brief ready to be filed as soon as the appeal is reinstated.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of the order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
          JUSTICE